UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Todd Allen Ohlmeier,<br><br>  Petitioner,<br><br>v.<br><br>Warden Jared Rardin, *Warden at FMC-Rochester*,<br><br>  Respondent. | Case No. 24-CV-04382 (JMB/ECW)<br><br>**ORDER** |

Todd Allen Ohlmeier, Rochester, MN, self-represented.

Ana H. Voss and Trevor Brown, United States Attorney's Office, Minneapolis, MN, for Respondent Jared Rardin.

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Elizabeth Cowan Wright. (Doc. No. 11.) The R&R recommends that denying Petitioner Todd Allen Ohlmeier's Petition to the extent it claims that the Bureau of Prisons has inappropriately amended Ohlmeier's sentencing judgment, and to the extent it raises a procedural due process claim based on Ohlmeier's alleged inability to use the FMC-Rochester commissary. (*See id.*)  Neither party has objected to the R&R, and the time to do so has now passed.  *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 11) is ADOPTED.

2. The Petition is DENIED IN PART, as follows:

    a. The portion of the Petition asserting that the BOP has inappropriately amended Ohlmeier's sentencing judgment is DENIED.

    b. The portion of the Petition asserting that Ohlmeier has been denied procedural due process because he was precluded from using the FMC-Rochester commissary is also DENIED.

3. The Parties shall proceed as directed by the Magistrate Judge in the R&R concerning the remaining portions of the Petition.

Dated: July 9, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court