**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Todd Allen Ohlmeier,

       Petitioner,

v.

Warden Jared Rardin, *Warden at FMC-Rochester*,

       Respondent.

Case No. 24-CV-04382 (JMB/ECW)

**ORDER**

---

Todd Allen Ohlmeier, Rochester, MN, self represented.

Trevor Brown, United States Attorney's Office, Minneapolis, MN, for Respondent Warden Jared Rardin.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Elizabeth Cowan Wright dated April 2, 2026. (Doc. No. 18.) The R&R recommends that Petitioner Todd Allen Ohlmeier's petition for a writ of habeas corpus be denied. (*See id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.      The R&R (Doc. No. 18) is ADOPTED.

2.      The Petition is DENIED.

3.      The Court DISMISSES this action WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: May 18, 2026                                      /s/ *Jeffrey M. Bryan*
                                                        Judge Jeffrey M. Bryan
                                                        United States District Court